UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: Keith W Carteri

CASE NO: 25-51220

(Insert Name(s) of Debtor(s))

Address: 2729 Oaklawn Tri
Hinckley, OH 44233

Last 4 digits of SSN and/or EIN:
7153

Debtor(s).

CHAPTER 7

FILED 2025 JUL 17 PM 1:16 US BANKRUPTCY COURT NORTHERN DISTRICT OH

**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I*, Keith Carrel, (Debtor's Name), state as follows:
I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

__X__ a) I was not employed during the period immediately preceding the filing of the above-referenced case __7/17/25__ (state the dates that you were not employed);

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment from an employer;

_____ d) Other (Please Explain) _____

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this __17__ day of __July__, 20 __25__.

_____ (Signature of Debtor)
Debtor

*A separate form must be filed by each Debtor

25-51220-amk    Doc 6    FILED 07/17/25    ENTERED 07/17/25 16:16:47    Page 1 of 1