**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF OHIO
455 JOHN F. SEIBERLING FEDERAL BUILDING & U.S. COURTHOUSE
TWO SOUTH MAIN STREET
AKRON, OHIO 44308
Telephone: (330) 252-6100 Fax: (330) 252-6115

FILED
2025 JUL 17 PM 1:16
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

**JOSIAH C. SELL**
CLERK OF COURT

DATE: 7/17/25

CASE NO#: 25-51220

DEBTOR: KEITH W LATTERI

Dear Debtor(s):

On the above date, you filed a case in the United States Bankruptcy Court with only the minimum pleadings. The following is a list of the items which should be included with your filing. A check mark has been placed beside the additional document(s) required:

| MISSING FORM | WRONG FORM | DOCUMENT NAME |
|---|---|---|
|  |  | Voluntary Petition (Official Form B101) |
| X |  | Summary of Assets and Liabilities **and** Schedules A/B, C, D, E/F, G, H, I, J [J-2] and Declaration Concerning Debtor's Schedules (Official Form B106) |
| X |  | Legal Description of all Real Property and Land Contracts |
| X |  | Statement of Financial Affairs (Official Form B107) |
| X |  | Means Test Form - Official Form B122A-1, if applicable, B122A-1 SUPP and/or B122A-2(Ch7), B122B(Ch11), or B122C(Ch13) |
|  |  | Bankruptcy Petition Preparer Declaration (Official Form B119) / Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form B2800) |
|  |  | Matrix **(DUE WITHIN 24 HOURS)** |
|  |  | Chapter 13 Plan (Official Form B113) |
| X |  | Credit Counseling Certificate |
|  |  | Copies of Pay Stubs (Payment Advice) or Other Evidence of Payment Received Within 60 Days Before the Date of the Filing of the Petition *Concerning Payment Advice, if applicable.* |
|  |  |  |

☐ WRONG FORM(S) CHECKED ABOVE - CORRECT FORM(S) **DUE BY:** _____
☒ MISSING FORM(S) CHECKED ABOVE - FORM(S) **DUE BY:** 7/31/25

These documents are to be submitted by the due date indicated above. If additional time to prepare these forms is needed, you must file a motion requesting an extension of time before the due date indicated above. Your failure to submit the proper pleadings, or to receive an order extending time to file them, may cause the Court to dismiss this case.

Josiah C. Sell, Clerk of Court