IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------------x
IN RE:                                  :    CASE NO 25-51220
                                        :
    KEITH WILLIAM LATTERI          :    CHAPTER 7
                                        :
                                        :    JUDGE ALAN M KOSCHIK
                Debtor(s).        :
------------------------------------------------------------x

## NOTICE TO PRO SE DEBTOR OF
## REQUIRED DOCUMENTS FOR MEETING OF CREDITORS

Anthony J. DeGirolamo has been assigned as your Chapter 7 Bankruptcy Trustee. Please contact the Trustee's office at the number or email below for instructions to provide copies of the documents listed below no later than **August 6, 2025.**

- Clear and legible copy of your photo ID (Photo or color PDF)
- Clear and legible proof your Social Security Number (Acceptable documents include Social Security card, W2/1099 prepared by a third party, or military ID. The provided document **must** list your full Social Security number.)
- Last 2 years' tax returns including all schedules and supporting documentation such as W2s, 1099s, etc.
- Statements for all accounts covering the date your case was filed with the Court

**Please note that your meeting, scheduled for August 13, 2005, at 1:00 p.m. will not go forward without these documents.**

                                            Respectfully submitted,

                                            /s/ Anthony J. DeGirolamo
                                            Anthony J. DeGirolamo
                                            3930 Fulton Drive NW, Suite 100B
                                            Canton, Ohio 44718
                                            Telephone: 330-305-9700
                                            Facsimile: 330-305-9713
                                            Email: tony@ajdlaw7-11.com

                                            CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was served via email upon those listed below, this 21st day of July, 2025.

Keith William Latteri: keith@latteri.net

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

The undersigned hereby certifies that a copy of the foregoing Notice was served via regular U.S. Mail, postage prepaid, upon those listed below, this 21st day of July, 2025.

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

Keith William Latteri
2729 Oaklawn Trail
Hinckley, Ohio 44212