
# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | ) | CASE NO. 25-51220 |
|---|---|---|
| | ) | |
| KEITH WILLIAM LATTERI | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| DEBTOR(S) | ) | |
| | ) | **ORDER REQUIRING DEBTOR TO APPEAR AND SHOW CAUSE FOR FAILURE TO PAY FILING FEES – FEES MUST NOW BE PAID IN FULL** |

      On July 17, 2025, debtor(s) initiated the within bankruptcy case. Debtor(s) filed an application to pay filing fees in installments and such application was approved by an "Order Granting Application to Pay Filing Fees in Installments" (the "Installment Fee Order"). Based upon a review of the file in this case the Court finds:

1. That there has not been full compliance by debtor(s) with the terms of the Installment Fee Order and that there is currently past due and owing a filing fee balance of $338.00.

2. That a review of the Court's records shows that debtor(s) previously filed the following bankruptcy cases:

| CASE NO. | TYPE OF CASE | DATE FILED | DISPOSITION |
|---|---|---|---|
| 24-50855 | Chapter 13 | 05/24/2024 | Dismissed on 7/12/24 |

Based upon the foregoing, a hearing (the "Show Cause Hearing") shall be held on **AUGUST 13, 2024 AT 10:15 AM**, **in the Bankruptcy Courtroom, John F. Seiberling Federal Building & U.S. Courthouse, 260 U.S. Courthouse, 2 South Main Street, Akron, OH 44308** at which time *debtor shall appear and show cause* why this case should not be dismissed for the failure to comply with the Installment Fee Order. During the Show Cause Hearing the Court will consider whether any dismissal of this case should carry with it one or more of the following sanctions (collectively, the "Sanctions"):

1. That this case be dismissed pursuant to 11 U.S.C. §109(g) [which would prohibit debtor(s) from filing another bankruptcy case under any chapter of the Bankruptcy Code for 180 days] and that the §109(g) prohibition begin to run upon the date of the order of dismissal.
2. That debtor(s) be required to pay the balance due of the filing fees from this case prior to the filing of any future bankruptcy case filed in this Court.
3. That debtor(s) not be permitted to pay filing fees in installments in any future bankruptcy case filed in this Court.

Should debtor(s) fail to appear at the Show Cause Hearing, this case will be summarily dismissed without any further notice or hearing and such dismissal may carry with it one or more Sanctions.

**IT IS SO ORDERED.**

### 

\*\* Parties **wishing to appear at the show cause hearing telephonically** must contact the Courtroom Deputy, Stephanie Pete at 330-252-6139, no later than 3:00 p.m. on the day prior to the hearing in question and **request permission to do so.**