United States Bankruptcy Court
Northern District of Ohio

In re:                                                    Case No. 25-51220-amk
Keith William Latteri                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5                         User: klee                                      Page 1 of 1
Date Rcvd: Jul 31, 2025                 Form ID: pdf984                         Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith William Latteri, 2729 Oaklawn Trail, Hinckley, OH 44233-9565 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 31 2025 20:56:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

**Name**                              **Email Address**

Anthony J. DeGirolamo, Trustee - Canton
                tony@ajdlaw7-11.com  amber@ajdlaw7-11.com;ad@trustesolutions.com;AD07@trustesolutions.net

TOTAL: 1



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT

BY: /s/ Katherine Lee
     Deputy Clerk

Dated: 03:11 PM July 31 2025

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | ) | CASE NO. 25-51220 |
|---|---|---|
| | ) | |
| KEITH WILLIAM LATTERI | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| DEBTOR(S) | ) | |
| | ) | **ORDER REQUIRING DEBTOR TO APPEAR AND SHOW CAUSE FOR FAILURE TO PAY FILING FEES – FEES MUST NOW BE PAID IN FULL** |

      On July 17, 2025, debtor(s) initiated the within bankruptcy case. Debtor(s) filed an application to pay filing fees in installments and such application was approved by an "Order Granting Application to Pay Filing Fees in Installments" (the "Installment Fee Order"). Based upon a review of the file in this case the Court finds:

1. That there has not been full compliance by debtor(s) with the terms of the Installment Fee Order and that there is currently past due and owing a filing fee balance of $338.00.

2. That a review of the Court's records shows that debtor(s) previously filed the following bankruptcy cases:

| Case No. | Type of Case | Date Filed | Disposition |
|---|---|---|---|
| 24-50855 | Chapter 13 | 05/24/2024 | Dismissed on 7/12/24 |

Based upon the foregoing, a hearing (the "Show Cause Hearing") shall be held on **AUGUST 13, 2024 AT 10:15 AM**, **in the Bankruptcy Courtroom, John F. Seiberling Federal Building & U.S. Courthouse, 260 U.S. Courthouse, 2 South Main Street, Akron, OH 44308** at which time *debtor shall appear and show cause* why this case should not be dismissed for the failure to comply with the Installment Fee Order. During the Show Cause Hearing the Court will consider whether any dismissal of this case should carry with it one or more of the following sanctions (collectively, the "Sanctions"):

1. That this case be dismissed pursuant to 11 U.S.C. §109(g) [which would prohibit debtor(s) from filing another bankruptcy case under any chapter of the Bankruptcy Code for 180 days] and that the §109(g) prohibition begin to run upon the date of the order of dismissal.
2. That debtor(s) be required to pay the balance due of the filing fees from this case prior to the filing of any future bankruptcy case filed in this Court.
3. That debtor(s) not be permitted to pay filing fees in installments in any future bankruptcy case filed in this Court.

Should debtor(s) fail to appear at the Show Cause Hearing, this case will be summarily dismissed without any further notice or hearing and such dismissal may carry with it one or more Sanctions.

**IT IS SO ORDERED.**

###

\*\* Parties **wishing to appear at the show cause hearing telephonically** must contact the Courtroom Deputy, Stephanie Pete at 330-252-6139, no later than 3:00 p.m. on the day prior to the hearing in question and **request permission to do so.**